STATE OF CONNECTICUT *v.* WALTER TROYNACK

It appearing that the state in the above-entitled case has failed to defend against the defendant's appeal from the Superior Court in Fairfield County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that unless the state files its brief on or before August 22, 1977, the judgment be set aside and the case be remanded with direction to render judgment for the defendant.

*Richard F. Jacobson,* assistant state's attorney, for the appellee (state).

*Robert S. Bello,* for the appellant (defendant).

Argued June 7—decided June 7, 1977

PAUL KOSKO *v.* LAWRENCE KOHLER ET AL.

It appearing that the plaintiff in the above-entitled case has failed to prosecute his appeal from the Superior Court in New Haven County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that unless the plaintiff files his brief on or before August 15, 1977, the appeal be and hereby is dismissed.

*William F. Gallagher,* for the appellant (plaintiff).

*Gerald Dwyer,* for the appellee (defendant Daily Chevrolet, Inc.).

*George O'Brien,* for the appellee (defendant General Motors Corporation).